UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARBEN QOSJA,

                Petitioner,

      -v-

SAFETE KRASNIQI,

                Respondent.

25-CV-2995 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Respondent Safete Krasniqi is ORDERED to stop sending email communications to Judge Oetken's and Judge Tarnofsky's chambers. All future correspondence must be sent through the *Pro Se* Intake Unit at ProSe@nysd.uscourts.gov. That office is available by telephone at (212) 805-0175, 8:30 a.m. to 5:00 p.m., Monday through Friday. Additional instructions are available at https://www.nysd.uscourts.gov/prose.

    Respondent Krasniqi is further ORDERED not to submit to the Court any documents with personally identifiable information, including phone numbers, home addresses, and the full names or images of minor children. If such information must be submitted, Respondent Krasniqi shall submit a request to the *Pro Se* Intake Unit to file any document containing personally identifiable information under seal.

    SO ORDERED.

Dated: May 5, 2025
      New York, New York

                                                          J. PAUL OETKEN
                                                     United States District Judge