UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARBEN QOSJA,

                  Petitioner,

    -v-

SAFETE KRASNIQI,

                  Respondent.

25-CV-2995 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On May 16, 2025, *pro se* respondent Safete Krasniqi moved for the recusal of the undersigned pursuant to 28 U.S.C. §§ 144 and 455(a). (ECF No. 17.) Those provisions prohibit a district judge from presiding over a proceeding in which he "has a personal bias or prejudice," 28 U.S.C. § 144, or "in which his impartiality might reasonably be questioned," 28 U.S.C. § 455(a). Respondent contends that the Court's scheduling orders in this case have unfairly favored Petitioner, creating the appearance of partiality. (*See* ECF Nos. 17, 26.) The Court has carefully reviewed all of Respondent's submissions and arguments and concludes that they present no basis for recusal. To the contrary, the Court's orders—which at times have afforded both parties additional time to file responses—have facilitated the prompt and fair progress of this time-sensitive case. As "[a] judge is as much obliged not to recuse himself when it is not called for as he is obliged to when it is," *In re Drexel Burnham Lambert Inc.*, 861 F.2d 1307, 1312 (2d Cir. 1988), the motion for recusal is denied. Respondent's motion for a stay on the same basis (ECF No. 26) is likewise denied.

    The Clerk is respectfully directed the close the motions at ECF Nos. 17 and 26.

    SO ORDERED.

Dated: June 6, 2025
       New York, New York

                                                      J. PAUL OETKEN
                                                      United States District Judge