UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARBEN QOSJA,

                    Petitioner,

          -v-

SAFETE KRASNIQI,

                    Respondent.

25-CV-2995 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 2, 2026, the Court issued an Opinion and Order that, in relevant part, required the parties to review the filings made on the docket and to notify the Court of any necessary redactions pursuant to Federal Rule of Civil Procedure 5.2(a).  (ECF No. 58 at 16.) On February 16, 2026, Petitioner filed a letter informing the Court of docket entries that contain the name or photograph of E.Q., the parties' shared child.  (ECF No. 62.)

Accordingly, the Clerk of Court is directed to place Docket Numbers 9, 16, 16-10, 16-11, 16-12, 16-13, 16-14, 16-15, 16-16, 16-17, 16-18, and 57 UNDER SEAL—PARTY VIEW ONLY.

SO ORDERED.

Dated: February 18, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge