UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARBEN QOSJA,

                          Petitioner,

                -v-

SAFETE KRASNIQI,

                          Respondent.

25-CV-2995 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner seeks to voluntarily dismiss his petition for the return of his child, E.Q., to

England.  (ECF No. 78.)  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the request is

GRANTED.  The action is dismissed without prejudice.

The order of contempt at Docket Number 58 is discharged.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:  March 12, 2026
        New York, New York

_____
        J. PAUL OETKEN
        United States District Judge